IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL BERENATO, SR.,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 15-4325** |
| : | |
| **SENECA SPECIALITY INSURANCE** : | |
| **COMPANY,** *et al.*, : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 1st day of March 2017, upon consideration of Defendants' Motions for Summary Judgment (Doc. Nos. 26, 27, and 28), the materials in support thereof, and Plaintiffs' response thereto, it is hereby **ORDERED** that Defendants' motions are **GRANTED** for the reasons set forth in the accompanying memorandum opinion. The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**